IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| THOMAS HODGES and CHERYL HODGES, Individually and as guardian of Thomas Hodges, | ) ) ) ) | Cause No. CV-19-46-GF-BMM |
|---|---|---|
| Plaintiffs, | ) ) ) | ORDER |
| vs. | ) ) ) | |
| UNITED STATES OF AMERICA, and JOHN DOES I-III, | ) ) ) | |
| Defendants. | | |

Upon the filing and reading of the Plaintiffs' Motion (Unopposed) Requesting Court to Exercise Supplemental Jurisdiction, and for good cause shown, IT IS HEREBY ORDERED THAT this Court shall exercise supplemental jurisdiction over the state law claims currently pending in the Montana Eighth Judicial District Court, styled Thomas Hodges and Cheryl Hodges, Individually and as guardian of Thomas Hodges, v. Rollin Bearss, M.D., Benefis Medical Group, and John Does I-V, Cause No. CDV-19-0550.

DATED this 9th day of March, 2020.

_____
Brian Morris
United States District Court Judge