IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| THOMAS HODGES and CHERYL HODGES, Individually and as guardian of Thomas Hodges,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA ROLLIN BEARSS, M.D., BENEFIS MEDICAL GROUP and JOHN DOES I-III,<br><br>Defendants. | CV-19-46-GF-BMM<br><br>ORDER |

Defendant Rollin Bearss, M.D. filed a Motion for Summary Judgment on November 23, 2021. (Doc. 72). Defendant Benefis Medical Group joins this Motion. Plaintiffs Thomas Hodges and Cheryl Hodges oppose the Motion.

The Court previously set a hearing for December 8, 2021, to argue Plaintiffs' Motion for Summary Judgment. (Doc. 55). Parties should be prepared to discuss both Motions for Summary Judgment (Doc. 55; Doc. 72) at the hearing on December 8, 2021.

Dated this 23rd day of November, 2021.

_____
Brian Morris, Chief District Judge
United States District Court