IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| THOMAS HODGES and CHERYL HODGES, Individually and as guardian of Thomas Hodges,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA ROLLIN BEARSS, M.D., BENEFIS MEDICAL GROUP and JOHN DOES I-III,<br><br>Defendants. | CV-19-46-GF-BMM<br><br>ORDER |

Both Plaintiffs and Defendants filed motions in limine on November 30, 2021. (Doc. 79; Doc. 81). The Court previously set a hearing for December 8, 2021, to argue Parties' Motions for Summary Judgment. (Doc. 55; Doc. 72). Parties should be prepared to discuss all pending motions at the hearing on December 8, 2021.

Dated this 1st day of December, 2021.

Brian Morris, Chief District Judge
United States District Court